## Smith *v.* Pittsburg, Cincinnati, Chicago & St. Louis Railway Company, Appellant (No. 2).

Argued Oct. 28, 1904.   Appeal, No. 138, Oct. T., 1904, by defendant, from judgment of C. P. No. 3, Allegheny Co., Nov. T., 1902, No. 608, on verdict for plaintiff in case of Charles F. Smith v. Pittsburg, Cincinnati, Chicago & St. Louis Railway Company.   Before MITCHELL, C. J., DEAN, FELL, BROWN, POTTER and THOMPSON, JJ.   Affirmed.

OPINION BY MR. JUSTICE FELL, December 31, 1904:

This action is by a father to recover for injuries sustained by his son, a minor, and involves the same questions that have been considered in Smith v. Pittsburg, etc., Railway Co., 210 Pa. 345.   For the reasons stated in the opinion filed in that case the judgment is affirmed.